**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA WASHINGTON,<br><br>    Plaintiff,<br><br>   v.<br><br>THE HOUSE MODESTO<br><br>    Defendant. | Case No.  2:21-cv-00825-JAM-KJN<br><br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVEN that Plaintiff, Marsha Washington, and Defendant, The House Modesto, have reached a settlement of the above-captioned action.  Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 30th day of July, 2021.                    Respectfully Submitted,

                                   */s/ Neda Farah*
                                  Neda Farah
                                  F ARAH L AW, P.C.
                                  265 S. Doheny Dr., Suite 102
                                  Beverly Hills, CA 90211
                                  (310) 666-3786 (phone)
                                  (775) 261-1726 (fax)
                                  neda@nedafarahlaw.com
                                  *Attorney for Plaintiff, Marsha Washington*

1

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Eastern District of California on this 30th day of July, 2021.  Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

                                            */s/ Neda Farah*
                                            Neda Farah
                                            FARAH LAW, P.C.