**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA WASHINGTON,<br><br>   Plaintiff,<br><br> v.<br><br>THE HOUSE MODESTO,<br><br>   Defendant. | Case No.  2:21-cv-00825-JAM-KJN<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Marsha Washington, and Defendant, The House Modesto, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ *Neda Farah*
Neda Farah
FARAH LAW P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, CA 90211
Telephone: (310) 666-3786
Facsimile: (775) 267-1726
neda@nedafarahlaw.com
*Attorneys for Plaintiff*

/s/ *Mark E. Berry*
Mark E. Berry
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd., 2nd Floor
Stockton, CA 95207
Telephone: (209) 477-3833
Email: mberry@mayallaw.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Stipulation of Dismissal With Prejudice* is being filed electronically with the United States District Court for the Eastern District of California, on this 31st day of August, 2021. Notice of this filing will be transmitted to all counsel of record by operation of the Court's electronic filing system.

                                                    */s/ Neda Farah*
                                                    Neda Farah